MOW 1009-1.1 [replaces MOW 1009-1.1 and 1.2] (6/14)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF MISSOURI

IN RE: DAVID W. LESTER )
)
) Case No.
) 17-42677
Debtor(s) )

## VERIFICATION BY DEBTOR(S)

I/We, **DAVID LESTER**, named as the debtor(s) in this case, declare under the penalty of perjury that I/we have read the

- ☐ Schedule(s) _____ (A - J insert all that apply)
- ☐ Amended Schedule(s) _____ (A - J insert all that apply)
- ☐ Conversion Schedules _____ (A - J insert all that apply)
- ☐ Statement/Amended Statement of Financial Affairs
- ☐ Statement/Amended Statement of Intent
- ☑ Statement/Amended Statement of Current Monthly Income
- ☐ Matrix
- ☐ Amended Matrix

and that they are true and correct to the best of my/our knowledge, information, and belief.

Date: 10-12-17

_____
Signature of Debtor

_____
Signature of Joint Debtor

Instructions: File with original schedules or matrix not filed with the original petition or amended schedules/statements/matrix. Must be prepared as a separate document and must contain image of the debtor(s)' signature(s). Docket as a separate event or as a separate attachment to the schedules/statements/matrix.
ECF Event: If not filed as an attachment to the schedules/statements/matrix, but filed as a separate document use the event – Bankruptcy>Other>Verification by Debtor